IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARLA NOVAK and KEITH NOVAK, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:23-CV-0303-RP |
| U.S. BANK TRUST NATIONAL ASSOCIATION, P SALONA, LLC and MURPHY S.D. TRUST | § § § § § | |
| Defendants. | § § | |

## ORDER

On April 28, 2023, the parties filed an Agreed Motion to Dismiss with Prejudice, stating that the parties have resolved the issues between them and requesting that the Court dismiss the case with prejudice. (Dkt. 9). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**IT IS FINALLY ORDERED** that each party shall bear their own fees.

**SIGNED** on May 11, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE